IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JOSHUA HINTZ, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 11-CV-297-SLC |
| INTERNAL REVENUE SERVICE, | ) |
| Defendant, | ) |
| UNITED STATES, | ) |
| Counterclaim Plaintiff, | ) |
| v. | ) |
| JOSHUA HINTZ, | ) |
| Counterclaim Defendant. | ) |

## AGREED JUDGMENT

Pursuant to the agreement of plaintiff/counterclaim defendant Joshua Hintz and defendant/counterclaim plaintiff United States, judgment is hereby entered in favor of the United States and against Joshua Hintz for the unpaid balance of the trust-fund-recovery penalties assessed against Joshua Hintz pursuant to 26 U.S.C. § 6672 for the second and fourth quarters of 2005 in the amount of $78,301.52, plus interest and statutory additions according to law from July 10, 2012 until paid.

Dated this 16th day of JULY, 2012.

_____
STEPHEN L. CROCKER
UNITED STATES MAGISTRATE JUDGE

Entered this 16th day of July, 2012.

_____
PETER OPPENEER
CLERK OF COURT